Bernard Schmidt, Appellant, v. Jacob Rosenberg, as President of Associated Musicians of Greater New York, Local 802, American Federation of Musicians,

Respondent.— Judgment so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.